# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | | |
|---|---|---|
| ABC IP, LLC and RARE BREED TRIGGERS, INC., a Texas Corporation and RBTM LLC<br>*Plaintiff(s)*<br>v.<br>Area 43 LLC, an Idaho limited liability company and Alex Keely, an individual<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-00450-DKG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Area 43 LLC
1920 N Todd Way
Meridian, ID 83646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared Allen
955 Pier View Drive
Idaho Falls, ID 83402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 07/20/2026

UNITED STATES COURTS DISTRICT OF IDAHO
United States Courts
District of Idaho
**ISSUED**
*Laura*
*on Jul 20, 2026 8:22 am*

Civil Action No. 1:26-cv-00450-DKG

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset