**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION** — **MDL No. 3176**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −8)

On April 2, 2026, the Panel transferred 6 civil action(s) to the United States District Court for the Eastern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3176, ECF No. 44 (J.P.M.L. 2026). Since that time, 55 additional action(s) have been transferred to the Eastern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Amos L. Mazzant, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Texas and assigned to Judge Mazzant.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Texas for the reasons stated in the order of April 2, 2026, and, with the consent of that court, assigned to the Honorable Amos L. Mazzant, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 13, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION** MDL No. 3176

## SCHEDULE CTO−8 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 1 | 26−00926 | ABC IP, LLC et al v. Super Safe Solutions, LLC et al |
| ARIZONA | | | |
| AZ | 2 | 26−04592 | ABC IP LLC et al v. BSSquirts LLC et al |
| AZ | 2 | 26−05016 | ABC IP LLC et al v. Argent Wolfz LLC et al |
| AZ | 3 | 26−08162 | ABC IP LLC et al v. Freedom Unlimited Group Incorporated et al |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 26−02217 | ABC IP LLC et al v. Brandon Hiatt et al |
| IDAHO | | | |
| ID | 1 | 26−00432 | ABC IP, LLC et al v. Odin Works, Inc. et al |
| ID | 1 | 26−00450 | ABC IP LLC et al v. Area 43 LLC et al |
| VIRGINIA EASTERN | | | |
| VAE | 2 | 26−00776 | ABC IP, LLC et al v. MGCC Enterprises LLC |